**68**

**Frank MAULDIN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27893.

Court of Criminal Appeals of Texas.

Oct. 5, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is rape; the punishment, 25 years.

Accompanying the record is an affidavit in proper form executed by the appellant requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.

**Merle C. BROWN, Appellant,**

v.

**STATE of Texas, Appellee.**

No. 27809.

Court of Criminal Appeals of Texas.

Oct. 5, 1955.

John Cutler, Houston, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is negligent homicide in the first degree; the punishment, three months in the county jail.

Appellant has filed his personal affidavit stating that he no longer desires to prosecute this appeal and requests that the same be dismissed.

This request is accordingly granted, and the appeal is dismissed.

**Edward H. GREEN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27811.

Court of Criminal Appeals of Texas.

Oct. 5, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is felony theft; the punishment, two years in the penitentiary.

Appellant has filed his personal affidavit stating that he no longer desires to prosecute this appeal and requests that the same be dismissed.

This request is accordingly granted, and the appeal is dismissed.